O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SA 14-207M |
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | |
| DANIEL ROBERT ZAHN, | ) | |
| Defendant. | ) | |

I.

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with a minimum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

| | | | | |
|---|---|---|---|---|
| 1 | B. | (X) | On motion by the Government/( ) on Court's own motion, in a case allegedly involving: |
| 3 | | (X) | On the further allegation by the Government of: |
| 4 | | | 1. (X) a serious risk that the defendant will flee. |
| 5 | | | 2. ( ) a serious risk that the defendant will: |
| 6 | | |    a. ( ) obstruct or attempt to obstruct justice. |
| 7 | | |    b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so. |
| 9 | C. | | The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community. |

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:

   1. (X) the appearance of the defendant as required.
      (X) and/or
   2. (X) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (X) the weight of evidence against the defendant;

1  C.   (X)   the history and characteristics of the defendant; and
2  D.   (X)   the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk: Defendant's admitted lack of bail resources or acceptable sureties, and his transient residency.

B.   (X)   As to danger: The nature of the charged offense, and related information that shows he poses a danger to children.

## VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
    1.   ( )   obstruct or attempt to obstruct justice.
    2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1 | extent practicable, from persons awaiting or serving sentences or being held in
2 | custody pending appeal.
3 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
4 | opportunity for private consultation with counsel.
5 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on
6 | request of any attorney for the Government, the person in charge of the
7 | corrections facility in which defendant is confined deliver the defendant to a
8 | United States marshal for the purpose of an appearance in connection with a
9 | court proceeding.

Dated: June 6, 2014

/s/ Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE